# EXHIBIT A

# THE CITY OF NEW YORK

## DEATH TRANSCRIPT

DATE FILED    THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

JUL-14-2024 10:08 AM    **CERTIFICATE OF DEATH**    Certificate No.   156-24-029481

**1. DECEDENT'S LEGAL NAME**   DAVID   F   GREENBERG
(First, Middle, Last, Suffix)

| Place Of Death | 2a. New York City | 2c. Type of Place | 4 ☐ Nursing Home/Long Term Care Facility | 2d. Any Hospice care in last 30 days | 2e. Name of hospital or other facility (if not facility, street address) |
|---|---|---|---|---|---|
| | 2b. Borough | 1 ☐ Hospital Inpatient   5 ☐ Hospice Facility | | 1 ☐ Yes | |
| | Manhattan | 2 ☐ Emergency Dept./Outpatient 6 ☒ Decedent's Residence | | 2 ☒ No | 110 Bank St Apt 6F, New York, NY 10014-2171 |
| | | 3 ☐ Dead on Arrival   7 ☐ Other Specify | | 3 ☐ Unknown | |

| Date and Time of Death or Found Dead | 3a. (Month) July | (Day) 12 | (Year-yyyy) 2024 | 3b. Time 2:13 | ☐ AM ☒ PM | 4. Sex Male | 5. OCME Case No. M24021168 |
|---|---|---|---|---|---|---|---|

**6. CAUSE OF DEATH**

**PART I**

| a. Immediate cause | Hypertensive And Atherosclerotic Cardiovascular Disease | APPROXIMATE INTERVAL ONSET TO DEATH |
|---|---|---|
| b. Due to or as a consequence of | | |
| c. Due to or as a consequence of | | |

PART II   Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. Include operation information.

| 7a. Injury Date (mm dd yyyy) *** | 7b. Time ☐ AM ☐ PM | 7c. At Work 1 ☐ Yes 2 ☐ No | 7d. Place of Injury – At home, factory, street, etc. |
|---|---|---|---|
| | | | 7e. Location |

7f. How Injury Occurred

| 7g. If Transportation Injury Specify | 8. Manner of Death | 9. Autopsy | 10. On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated |
|---|---|---|---|
| ☐ Driver/Operator ☐ Pedestrian | ☐ Pending further study | ☐ Yes | Certifier Signature *Michael Caplan* D.O. M.D. Date JUL-14-2024 |
| ☐ Passenger | ☒ Natural ☐ Homicide | ☐ No Autopsy Pursuant to Law | Signature Electronically Authenticated |
| ☐ Other Specify | ☐ Accident ☐ Suicide ☐ Undetermined | ☒ No Autopsy | Certifier Name (Print) MICHAEL   CAPLAN   Medical Examiner |
| | | | 10016-9161 (Medical Investigator) (Deputy Chief) (Chief) (Medical Examiner) |

| 11a. Usual Residence State New York | 11b. County New York | 11c. City or Town New York | 11d. Street and Number 421 E 26th St | Apt. No. | ZIP Code | 11e. Inside City Limits? 1 ☒ Yes 2 ☐ No |
|---|---|---|---|---|---|---|

| 12. Date of Birth (Month) May | (Day) 06 | (Year-yyyy) 1942 | 13. Age at last birthday (years) 82 | Under 1 Year Months / Days | Under 1 Day Hours / Minutes | 14. Social Security No. *** ** **** |
|---|---|---|---|---|---|---|

| 15a. Usual Occupation (Type of work done during most of working life. Do not use "retired") Professor | 15b. Kind of business or industry Education | 16. Aliases or AKAs *** *** |
|---|---|---|

| 17. Birthplace (City & State or Foreign Country) Evanston, IL | 18. Education (Check the box that best describes the highest degree or level of school completed at the time of death) |
|---|---|
| | 1 ☐ 8th grade or less; none   4 ☐ Some college credit, but no degree   7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) |
| | 2 ☐ 9th – 12th grade; no diploma   5 ☐ Associate degree (e.g., AA, AS)   8 ☒ Doctorate (e.g., PhD, EdD) or |
| | 3 ☐ High school graduate or GED   6 ☐ Bachelor's degree (e.g., BA, AB, BS)   Professional degree (e.g., MD, DDS, DVM, LLB, JD) |

| 19. Ever in U.S. Armed Forces? 1 ☐ Yes 2 ☒ No | 20. Marital/Partnership Status at time of death 1 ☐ Married   2 ☐ Domestic Partnership   3 ☐ Divorced 4 ☐ Married, but separated   5 ☒ Never Married   6 ☐ Widowed 7 ☐ Other, Specify _____   8 ☐ Unknown | 21. Surviving Spouse's/Partner's Name (prior to first marriage) (First, Middle, Last) *** *** |
|---|---|---|

| 22. Father/Parent Name (Prior to first marriage) (First, Middle, Last) Louis Greenberg | 23. Mother/Parent Name (Prior to first marriage) (First, Middle, Last) Mina Lazar |
|---|---|

| 24a. Informant's Name Marty Hecht | 24b. Relationship to Decedent Nephew | 24c. Address (Street and Number 1306 Sunnyside Ave | Apt. No. | City & State ,Highland Park, IL | ZIP Code) 60035-2840 |
|---|---|---|---|---|---|

| 25a. Method of Disposition 1 ☐ Burial   2 ☒ Cremation   3 ☐ Entombment   4 ☐ City Cemetery 5 ☐ Other Specify | 25b. Place of Disposition (Name of cemetery, crematory, other place) Liberty Grove Crematory |
|---|---|

| 25c. Location of Disposition (City & State or Foreign Country) Old Bridge, NJ | 25d. Date of Disposition | mm 07 | dd 29 | yyyy 2024 |
|---|---|---|---|---|

| 26a. Funeral Establishment All Boro Cremation Services | 26b. Address (Street and Number 1289 Forest Ave | City & State Staten Island, NY 10302-2322 | ZIP Code |
|---|---|---|---|

Changes approved for filing by the Commissioner of Health.Formerly: Disposition Method - Interim; approved by Deputy City Registrar J. Hicks on Jul-29-2024; Formerly: Decedent Middle Name - Blank; approved by Deputy City Registrar J. Hicks on Jul-24-2024; No further entry beyond this point.***

VR 16 (Rev. 01/20)

EVT202408399133

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

*Gretchen VanWye*
Gretchen Van Wye, PhD, City Registrar



August 20, 2024



ANY ALTERATION OR ERASURE VOIDS THIS