# EXHIBIT B

FACE OF DOCUMENT CONTAINS A MULTI-COLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

Case 1:25-cv-03042-PAE    Document 1-2    Filed 04/11/25    Page 2 of 2

C20 (Rev. 1/07)

Certificate# 447294

# Surrogate's Court of the State of New York
# New York County

File#: 2024-2742/A

## Certificate of Appointment of Administrator

To all to whom these presents shall come or may concern,

That we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on September 26, 2024 by said court, LETTERS OF ADMINISTRATION on the goods, chattels and credits of David F. Greenberg, deceased, late of the County of New York were granted unto the fiduciaries listed below.

**Name of Decedent:** David F. Greenberg

Date of Death: July 12, 2024

Domicile: County of New York

Fiduciary Appointed: **Martin Hecht**

Letters Issued: LETTERS OF ADMINISTRATION

Letters Issued On: September 26, 2024

**Limitations:** None

and such Letters are unrevoked and in full force as of this date.

Dated: September 27, 2024
New York, New York

IN TESTIMONY WHEREOF, the seal of the New York County Surrogate's Court has been affixed.

WITNESS, Honorable Hilary Gingold, Judge of the New York County Surrogate's Court.

Diana Sanabria, Chief Clerk
New York County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the New York County Surrogate's Court and expires six months from the issue date of this certificate.*