# **EXHIBIT E**

**SCHWARTZ, CONROY & HACK, PC**
*Making Insurance Companies Keep Their Promises*

Michail Z. Hack, Esq., Partner / mzh@schlawpc.com

December 20, 2024

*Via* **FIRST CLASS MAIL AND**
**FIRST CLASS MAIL RETURN RECEIPT REQUESTED**—RR No.: 9589071052701593356724

New York University Global Benefits
105 East 17th Street, 4th Floor
New York, NY 10003

ATTN: Senior Associate Vice President, Global Benefits and HR Communications

**RE:   Estate of David F. Greenberg**

| | |
|---|---|
| A6132193/ P6132190 | TIAA-CREF Retirement Annuity (RA) plan issued in 1974 |
| L30977S6/ M30977S4 | Continuation of TIAA-CREF RA plan A6132193/ P6132190, post-Vanguard/TIAA consolidation |
| F1776563/ H1776569 | TIAA-CREF Retirement Choice (RC) plan issued in 2024 |

Dear Patricia Holland:

    We represent the Estate of David F. Greenberg (hereinafter, the "Estate").  Pursuant to the procedures outlined in Appendix "C" of the 2024 New York University Retirement Plan For Members of the Faculty, Professional Research Staff, and Administration, the Estate hereby provides notice that it is entitled to and makes claim all funds located in the above referenced accounts and any other retirement accounts formerly held by David F. Greenberg which are presently unknown to the Estate.

    Please direct all correspondence and other communications to the undersigned.

Sincerely,

*/s/Michail Z. Hack*
Michail Z. Hack, Esq.
Sarah McMahon, Esq.
SCHWARTZ, CONROY & HACK, PC
666 Old Country Road, 9th Floor
Garden City, New York 11530
(516) 745-1122

1

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.800.745.1755 | Fax: 516.745.0844