# EXHIBIT F



| | KATLYN MARTIN<br>Assistant General Counsel | OFFICE OF GENERAL COUNSEL<br>70 Washington Square South, 11 Floor<br>New York, NY 10012<br>**P:** (212) 998-2172<br>**F**: (212) 995-3048<br>Fiona.cousland@nyu.edu |
|---|---|---|

April 1, 2025

***VIA EMAIL***

Michail Z. Hack
Partner
Schwarts, Conroy & Hack PC
666 Old Country Road, 9th Floor
Garden City, New York 11530
mzh@schlawpc.com

Re:     Estate of David F. Greenberg

Dear Mr. Hack:

As provided in Appendix C, the claims and appeals procedures for the New York University Retirement Plan for Members of the Faculty, Professional Research Staff, and Administration, NYU has determined additional time is needed to process the Claim. Additional time is needed to determine the status of entities listed as beneficiaries on the account.

NYU expects to render a determination with respect to your Claim by June 18, 2025.


Sincerely,

*Katlyn Martin*

Katlyn Martin
Assistant General Counsel
New York University