UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Martin Hecht as Administrator of the Estate of David F. Greenberg
Plaintiff(s),

vs.

New York University, et ano.
Defendant(s).

ATTORNEY: SCHWARTZ, CONROY & HACK, PC

CIVIL ACTION NO.: 25-CV-3042

DATE OF FILING: 04/14/2025

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau   ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New Jersey.

That on **04/17/2025** at **4:15 PM** at **14 Jefferson St, New York, NY 10002**,
Deponent served the **Summons in a Civil Action, Civil Cover Sheet, and Civil Complaint** upon **Democratic Socialists of America, Inc.**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Dustin M.** personally, a person who stated to be authorized to receive process service for **Democratic Socialists of America, Inc.**. Deponent knew said corporation to be the corporation described in said **Summons in a Civil Action, Civil Cover Sheet, and Civil Complaint** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be a/the **Organization Member** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **White**  Hair: **Brown**  Age (Approx): **35**  Height(Approx): **5'9"**  Weight(Approx): **170-180 lbs**  Glasses: **No**  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

April 23 2025

John L Hudak
License No. 1392295

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E16030725
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES SEPTEMBER 20, 2025

Ultimate Process & Attorney Services, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1707343