

Phone: (415) 653-1733
505 Montgomery Street, Suite 1125
San Francisco, CA 94111
www.renakerscott.com

April 30, 2025

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Hecht v. New York Univ. & Democratic Socialists of Am., Inc.*
      No. 1:25-cv-3042-PAE

Dear Judge Engelmayer:

  This firm represents Defendant Democratic Socialists of America, Inc. ("DSA"), in the above-referenced matter. We write to request an extension of time within which to file DSA's response to the complaint filed April 11, 2025.

  Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Section 1(E), DSA states as follows:

(1) the original due date for DSA's response is May 8, 2025, and DSA seeks an extension to June 6, 2025;

(2) – (3) DSA has made no previous requests for adjournment or extensions of time; and

(4) Plaintiff consents to the extension.

  Thank you for your consideration of our request.

            Respectfully submitted,

            RENAKER SCOTT LLP

         By */s/ Teresa S. Renaker*
            Teresa S. Renaker

cc: All counsel of record (by ECF)