AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MARTIN HECHT AS ADMINISTRATOR, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-03042-PAE |
| NEW YORK UNIVERSITY, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democratic Socialists of America, Inc.

Date:   05/20/2025

*Attorney's signature*

Teresa S. Renaker, pro hac vice
*Printed name and bar number*

505 Montgomery Street, Suite 1125
San Francisco, CA 94111

*Address*

teresa@renakerscott.com
*E-mail address*

(415) 653-1733
*Telephone number*

(415) 761-3953
*FAX number*