UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARTIN HECHT AS ADMINISTRATOR OF
THE ESTATE OF DAVID F. GREENBERG,

                        Plaintiff,                        25-CV-03042 (PAE)(SN)

        -against-                                 **ORDER**

NEW YORK UNIVERSITY and DEMOCRATIC
SOCIALISTS OF AMERICA, INC.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, June 30, 2025, the Honorable Paul A. Engelmayer assigned this matter to my docket for settlement. By Tuesday, July 8, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:       July 1, 2025
                  New York, New York