UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARTIN HECHT AS ADMINISTRATOR OF
THE ESTATE OF DAVID F. GREENBERG,

                Plaintiff,

      -against-

NEW YORK UNIVERSITY and DEMOCRATIC
SOCIALISTS OF AMERICA, INC.,

                Defendants.

------------------------------------------------------------------X

25-CV-03042 (PAE)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Order extending the fact discovery deadline to December 5, 2025 (ECF No. 32), the parties are directed to inform the Court by no later than Friday, October 24, 2025, whether they wish to adjourn the settlement conference currently scheduled for November 6, 2025, at 10:00 a.m. If the parties wish to adjourn the settlement conference, the next available date for a settlement conference after the close of fact discovery is Monday, January 5, 2026, at 10:00 a.m. The parties may inform the Court of their decision by emailing Courtroom Deputy Diljah Shaw at email at Diljah_Shaw@nysd.uscourts.gov.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 17, 2025
              New York, New York