**SCHWARTZ, CONROY & HACK, PC**

*Making Insurance Companies Keep Their Promises*

January 12, 2026

<u>**VIA ECF**</u>

Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Hecht v. NYU et al* (1:25-cv-03042-PAE)
**Request for Permission for Telephonic Participation at January 28, 2026 Settlement Conference**

Dear Judge Netburn:

This firm represents Plaintiff Martin Hecht, as Administrator of the Estate of David F. Greenberg, in the above-referenced action. We respectfully submit this letter pursuant to Your Honor's Procedures for Cases Referred for Settlement to request permission for Mr. Hecht to participate telephonically in the settlement conference scheduled for Wednesday, January 28, 2026, at 10:00 a.m.

Mr. Hecht resides in Highland Park, Illinois, more than 100 miles from the Courthouse. As a result of a documented panic disorder and generalized anxiety disorder, he is unable to travel by airplane or train, and long-distance travel by automobile presents significant difficulty, particularly during the winter months when weather conditions in the Midwest and Northeast are unpredictable. The anxiety associated with winter travel itself materially compounds these challenges. Under these circumstances, requiring Mr. Hecht to attend the settlement conference in person would pose a substantial hardship.

Mr. Hecht takes the settlement process seriously and fully appreciates the importance of his participation. He has asked us to convey that, were he able to attend in person, he would do so. He respectfully seeks the opportunity to participate by telephone so that he may hear the other parties' presentations, communicate directly with the Court, and engage meaningfully in the settlement process notwithstanding his medical limitations. If the Court requires supporting documentation from a medical provider, Mr. Hecht is prepared to provide it promptly. Should circumstances unexpectedly allow him to appear in person on the scheduled date, we will, of course, advise the Court without delay.

We appreciate the Court's consideration of this request.

Respectfully submitted,
**SCHWARTZ, CONROY & HACK, P.C.**

*Sarah A. McMahon*
Sarah A. McMahon, Esq.

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.800.745.1755 | Fax: 516.745.0844