UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN HECHT, *as Administrator of the Estate of David F. Greenberg*,

         Plaintiff,

   -v-

NEW YORK UNIVERSITY *and* DEMOCRATIC SOCIALISTS OF AMERICA, INC.,

         Defendants.

25 Civ. 3042 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed at today's pre-motion conference, this Order sets out the following briefing schedule for the parties' respective summary judgment motions:

- By February 25, 2026, the parties shall file a Joint Statement of Undisputed Facts;

- By March 18, 2026, plaintiff Martin Hecht shall file an opening brief in support of his summary judgment motion against defendant Democratic Socialists of America, Inc. ("DSA");

- By April 8, 2026:
    - DSA shall, in one brief, oppose Hecht's motion and cross-move for summary judgment against Hecht;
    - Defendant New York University ("NYU") shall file an opening brief in support of its summary judgment motion against Hecht;

- By April 29, 2026, Hecht shall, in one brief, (1) oppose DSA's cross-motion for summary judgment; (2) reply to DSA's opposition to Hecht's summary judgment motion; and (3) oppose NYU's summary judgment motion;

- By May 13, 2026, DSA and NYU shall each reply to Hecht's oppositions to their respective motions.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: January 14, 2026
       New York, New York