TIAA

# REQUEST FOR RECURRING REQUIRED MINIMUM DISTRIBUTIONS FROM YOUR RETIREMENT INVESTMENTS (ERISA)



**Please print using black ink.**

**IMPORTANT: A full Social Security Number/Taxpayer Identification Number is required to process your request.**

If you claim residence and citizenship outside the U.S., you must certify your foreign tax status by providing IRS Form W-8BEN within the last three years or submit a W-8BEN in addition to this form. To print the W-8BEN form, go to **TIAA.org/forms** and scroll to 'Find tax information.'

## 1. PROVIDE YOUR INFORMATION

Title: MR

First Name: DAVID

Middle Initial: F

Last Name: GREENBERG

Suffix:

Social Security Number/Taxpayer Identification Number: [redacted] 5 1 7 3

Date of Birth (mm/dd/yyyy): [redacted] / [redacted] / 1 9 4 2

Contact Telephone Number: +1(212)929-7325

Extension:

State of Legal Residence (Including U.S. territories. If outside the U.S., write in Country of Residence): New York

Citizenship (if not U.S.): United States

To find out your Plan Number, Plan Name or if you want to take your distribution from a specific investment, call us.

**IMPORTANT:** This form may only be completed for one plan. If you have multiple plans (e.g., 403(b) plan and a 401(a) plan), you must complete a separate form for each plan.

## 2. TELL US FROM WHICH PLAN YOU WANT TO RECEIVE YOUR REQUIRED MINIMUM DISTRIBUTIONS

Your withdrawals will be made proportionately from all contracts and/or accounts under this plan.

Plan Number: 1 0 2 1 9 2

Plan Name: NYU RETIREMENT PLAN

Your account will be valued as of market close on the date we receive this form in good order. If your request is received after market close on a business day, your account will be valued at the close of the next business day.

**This applies to Minimum Distribution Option (MDO) only:** If you have a corresponding Transfer Payout Annuity (TPA) OR you have a corresponding Interest-Only Payment (IPRO) contract to your Retirement Annuity (RA) or Group Retirement Annuity (GRA) contract and you wish to convert your TPA or IPRO to MDO, please check one of the following boxes:

☐ YES, I would like to terminate my TPA and convert it to MDO.

☐ YES, I would like to terminate my IPRO and convert it to MDO.

Was this contract issued as a result of a divorce (QDRO)?

☐ YES ☑ NO

Have you stopped working for the employer that sponsored this plan?

☑ YES ☐ NO

Separation from Service Date (mm/dd/yyyy): 0 8 / 3 1 / 2 0 2 2

**NOTE:** Please make sure you complete Section 12.

TIAA

# REQUEST FOR RECURRING REQUIRED MINIMUM DISTRIBUTIONS FROM YOUR RETIREMENT INVESTMENTS (ERISA)



**NOTE:** If forms are received after the requested start date listed to the right, then the start date of the payment will be changed to the date the forms are received and will continue on the same date based on the frequency indicated. If you do not provide a frequency, TIAA will default to Annual.

**NOTE:** Signature date must be within 180 days of the start date of the payment.

See "TAX INFORMATION" on the second page for the definition of RMD Applicable Age.

## 3. HOW WOULD YOU LIKE TO RECEIVE YOUR PAYMENTS?

☐ **OPTION A** - Start minimum distributions the same year of attaining your RMD Applicable Age or retiring.

Which day of subsequent month to start payments: (mm/dd/yyyy) __ __ / __ __ / 2 0 __ __

(If your plan assets are in a Transfer Payout Annuity (TPA), you may choose any date from the 5th to the 28th of the month. If you do not choose a date or choose a date prior to the 5th, we will use the 5th of the month as a default. All others may choose any date from the 1st to the 28th.)

How often do you want to receive recurring payments? (Check one)

☐ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually

☐ **OPTION B** - Start minimum distributions by April 1st of the year AFTER attaining your RMD Applicable Age or retiring. This will result in receiving two payments in the first year.

Start initial payment on: (mm/dd/yyyy) __ __ / __ __ / 2 0 __ __

(If your plan assets are in a Transfer Payout Annuity (TPA), you may choose any date from the 5th to the 28th of the month between January and March. If you do not choose a date or choose a date prior to the 5th, we will use the 5th of the month as a default. All others may choose any date from the 1st to the 28th.)

Which day of subsequent month to start payments: (mm/dd/yyyy) __ __ / __ __ / 2 0 __ __

(If your plan assets are in a Transfer Payout Annuity (TPA), you may choose any date from the 5th to the 28th of the month. If you do not choose a date or choose a date prior to the 5th, we will use the 5th of the month as a default. All others may choose any date from the 1st to the 28th.)

How often do you want to receive recurring payments? (Check one)

☐ Monthly ☐ Quarterly ☐ Semiannually ☐ Annually

☑ **OPTION C** - Neither Option A nor Option B above apply to me; however, a required minimum distribution is still needed.

Which day of subsequent month to start payments: (mm/dd/yyyy) 1 2 / 1 5 / 2 0 2 3

(If your plan assets are in a Transfer Payout Annuity (TPA), you may choose any date from the 5th to the 28th of the month. If you do not choose a date or choose a date prior to the 5th, we will use the 5th of the month as a default. All others may choose any date from the 1st to the 28th.)

How often do you want to receive recurring payments? (Check one)

☐ Monthly ☐ Quarterly ☐ Semiannually ☑ Annually

TIAA

**REQUEST FOR RECURRING REQUIRED**
MINIMUM DISTRIBUTIONS FROM
YOUR RETIREMENT INVESTMENTS (ERISA)



## 4. HOW TO CALCULATE YOUR MINIMUM DISTRIBUTION AMOUNT

If you are married, is your spouse more than 10 years younger than you and listed as sole beneficiary for the employer sponsored plan listed in Section 2? (If you are not married, go to Section 5.)

☐ Yes

Spouse's Name: ______ Spouse's Birth Date (mm/dd/yyyy): __ __ / __ __ / __ __ __ __

☑ No

If you answered YES, the Joint Life Expectancy method will be used to calculate your annual minimum distribution amount.

To opt-out of this method, please check this box: ☐

**NOTE:** If your spouse is not listed as your sole beneficiary or this section is not completed, TIAA will use the Uniform Lifetime Table to calculate the minimum distribution for those contracts.

## 5. FEDERAL TAX WITHHOLDING ELECTION (CHECK ONE)

### PERIODIC WITHDRAWALS THAT ARE NON-ROLLOVER-ELIGIBLE

If you are electing a Recurring Required Minimum Distribution and do not make a withholding election, federal income tax will be withheld based on the federal default rate of Single.

Periodic withdrawals that are non-rollover eligible are irrevocable payment streams made at regular intervals over a period of more than one year that cannot be rolled over to another tax deferred plan.

If you leave this section blank, then TIAA will apply the default federal tax withholding.

☑ I decline to provide the Withholding Certificate for Periodic Pension or Annuity Payments Substitute Form W-4P below, and therefore I am electing the default withholding. I understand that federal withholding will be withheld at the federal default rate of single. **Please skip Steps 1-4 below and go to the next section.**

☐ I am making a federal withholding election as indicated below in the Withholding Certificate for Periodic Pension or Annuity Payments Substitute Form W-4P.

☐ I am electing to have no federal income tax withheld from my distributions by checking the "No Withholding" election box below Line 4(c) in the Withholding Certificate for Periodic Pension or Annuity Payments Substitute Form W-4P. I understand that in accordance with Form W-4P Withholding Certificate for Periodic Pension or Annuity Payments General Instructions, "Choosing not to have income tax withheld" attached hereto, I can choose not to have federal income tax withheld from my payments by checking the "No Withholding" box below Line 4(c) and *I DO NOT complete Steps 1-4 below in the Substitute Form W-4P for a No Withholding election.* If items in Steps 1-4 have been completed, my No Withholding election may be found not in good order and TIAA will withhold at the default rate of single.

**Caution:** If you have too little tax withheld, you will generally owe tax when you file your tax return and may owe a penalty unless you make timely payments of estimated tax. If too much tax is withheld, you will generally be due a refund when you file your tax return.

Generally, you are not permitted to elect no federal income tax withheld on payments to be delivered outside the United States and its territories.

If you are a nonresident non-citizen of the United States, please be aware that the below Withholding Certificate for Nonperiodic Payments and Eligible Rollover Distributions Substitute Form W-4R **does not apply to you.** As a nonresident, non-U.S. citizen, you must certify your foreign tax status by providing IRS Form W-8BEN prior to requesting a distribution. A W-8BEN is maintained on file for a three-year period. To print the W-8BEN form, go to **TIAA.org/forms** and scroll to `Find tax information.'

TIAA

**REQUEST FOR RECURRING REQUIRED**
MINIMUM DISTRIBUTIONS FROM
YOUR RETIREMENT INVESTMENTS (ERISA)



Federal laws may require mandatory federal income tax be withheld from your distributions. Our records indicate that you are a U.S. person (U.S. citizen or resident, non-U.S. citizen) and may therefore be subject to federal tax withholding from cash distributions.

See IRS Form W-4P Withholding Certificate for Periodic Pension or Annuity Payments General Instructions attached at the end of this form for more information.

Your withholding election will become effective with your next available payment, if it is received in a timely manner and in good order. You may revoke this election at any time by filing a new federal income tax withholding election form with TIAA.

## WITHHOLDING CERTIFICATE FOR PERIODIC PENSION OR ANNUITY PAYMENTS SUBSTITUTE FORM W-4P

### STEP 1: ENTER PERSONAL INFORMATION

(c)

☐ **Single** or **Married filing separately**

☐ **Married filing jointly** or **Qualifying surviving spouse**

☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2-4 ONLY if they apply to you; otherwise, go to the next section.** See the IRS Form W-4P Withholding Certificate for Periodic Pension or Annuity Payments General Instructions attached at the end of this form for more information on each step and how to elect to have no federal income tax withheld (if permitted).

### Step 2: Income From a Job and/or Multiple Pensions/Annuities (Including a Spouse's Job/Pension/Annuity)

Complete this step if you (1) have income from a job or more than one pension/annuity, or (2) are married filing jointly and your spouse receives income from a job or a pension/annuity. **See W-4P General Instructions at the end of this form for examples on how to complete Step 2.**

Do **only one** of the following.

**(a)** Reserved for future use.

**(b)** Complete the items below.

**(i)** If you (and/or your spouse) have one or more jobs, then enter the total taxable annual pay from all jobs, plus any income entered on Form W-4, Step 4(a), for the jobs less the deductions entered on Form W-4, Step 4(b), for the jobs. Otherwise, enter "-0-" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $____________

**(ii)** If you (and/or your spouse) have any other pensions/annuities that pay less annually than this one, then enter the total annual taxable payments from all lower-paying pensions/annuities. Otherwise, enter "-0-" . . . . . . . . . . . . . . . . . . . . $____________

**(iii)** Add the amounts from items (i) and (ii) and enter the **total** here . . . . . . . . . . . . . $____________

**TIP:** To be accurate, submit a new Form W-4P for all other pensions/annuities if you haven't updated your withholding since 2021 or this is a new pension/annuity that pays less than the other(s). Submit a new Form W-4 for your job(s) if you have not updated your withholding since 2019. If you have self-employment income, see W-4P General Instructions at the end of this form.

**Complete Steps 3–4(b)** on this form only if (b)(i) is blank **and** this pension/annuity pays the most annually. Otherwise, do not complete Steps 3–4(b) on this form.

### Step 3: Claim Dependent and Other Credits

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000. . . . . . . . . . . . . . . . $__________

Multiply the number of other dependents by $500 . . . . . . . . . . . . . . . . . . . . . . . . . . $__________

Add other credits, such as foreign tax credit and education tax credits . . . . . . . . . . . . . . . . $__________

Add the amounts for qualifying children, other dependents, and other credits and enter the total here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [3] $__________

### Step 4 (optional): Other Adjustments

(a) **Other income (not from jobs or pension/annuity payments).** If you want tax withheld on other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, taxable social security, and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [4(a)] $__________

(b) **Deductions.** If you expect to claim deductions other than the basic standard deduction and want to reduce your withholding, use the Deductions Worksheet in the Withholding Certificate for Nonperiodic Payments and Eligible Rollover Distributions General Instructions attached at the end of this form and enter the result here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [4(b)] $__________

(c) **Extra withholding.** Enter any additional tax you want withheld from **each payment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [4(c)] $__________

☐ **I am electing no federal withholding from my payments.**

## STATE TAX WITHHOLDING

If state withholding is mandatory, we will withhold at the rate required by your state. Please note: The state may allow you to elect not to have withholding applied, to choose additional withholding, or to specify the rate of withholding. For more information on state tax withholding, go to **TIAA.org/public/tax-withholding**. Call TIAA if you have any questions at **800-842-2252**.

TIAA

# REQUEST FOR RECURRING REQUIRED MINIMUM DISTRIBUTIONS FROM YOUR RETIREMENT INVESTMENTS (ERISA)



Complete this section if you want your required minimum distributions sent to another TIAA investment option/account. You can choose one account from the list.

* You cannot contribute to a Roth IRA unless you have earned income.

**NOTE:** Directing assets to one of these investment options/accounts does not qualify as a direct rollover.

## 6. SEND YOUR WITHDRAWAL TO A TIAA ACCOUNT (SELECT ONLY ONE)

Select the account you are applying the withdrawal to. (Select only one account and provide the account number.)

☐ TIAA-CREF Mutual Funds

☐ TIAA Personal Annuity

☐ TIAA After-Tax Annuity

☐ TIAA After-Tax Retirement Annuity

☐ TIAA Brokerage

☐ TIAA Roth IRA (as a contribution)*

☐ TIAA-CREF Life Insurance Company

☐ TIAA Trust

Account Number

________________

## 7. PROVIDE PAYMENT INSTRUCTIONS

☑ **OPTION 1: Direct Deposit to my verified bank account**

Please provide the bank account information you previously verified with TIAA to request a direct deposit.

*If the account has not been verified, follow the steps in the next section. Once this has been completed and TIAA has verified the bank account, please provide the information below.*

Bank Name: JPMORGAN CHASE BANK, N.A.

Account Number ending in: 1 2 6 5

☑ Checking Account ☐ Savings Account

☐ **OPTION 2: Mail a check to my current address on file**

Note: To ensure your account is secure, we can't send a check to a mailing address that has changed in the last 14 days.

## 8. ADD BANK ACCOUNTS FOR ELECTRONIC TRANSFERS FOR PERSONAL BANK ACCOUNT AND ESTATE, TRUST AND THIRD-PARTY ACCOUNTS

TIAA must verify your bank account information before making any electronic payments to you. Based on the type of account to be used, follow the instructions below.

NOTE: If any of the items specified below in Option 1 or 2 are missing, we will send your payment by check to the current address on file. To ensure your account is secure, we can't send a check to a mailing address that has changed in the last 14 days.

### OPTION 1: PERSONAL BANK ACCOUNT

In many instances, personal bank accounts can be verified immediately using your bank routing and account numbers. Have this information ready before you start. To verify your bank account information, TIAA offers the following options:

1. Add a bank account online (best option)
   - Log in to **TIAA.org**
   - Click the *Actions* tab
   - Click *Manage external accounts*
   - Click *Add New Account* and follow the instructions on the screen

OR

2. Verify an account by phone
   - Call TIAA at **800-842-2252**, weekdays, 8 a.m. to 10 p.m. (ET)
   - Explain that you would like to verify a bank account
   - Provide the account type, bank routing number and account numbers
   - TIAA will process your request

Account verification often is completed quickly. In some cases, however, we may need to verify your account using test deposits. This may take one or two business days to complete, and you will be guided on any actions you may need to take.

### OPTION 2: ESTATE, TRUST AND THIRD-PARTY ACCOUNTS

For accounts not owned directly by a TIAA customer, documentation is needed to verify transfer authorizations. In these cases, please provide the necessary information as noted below:

1. Send by mail, or upload a photo of, an original voided check with this form. Starter checks, deposit slips and third-party checks are not acceptable.

OR

2. Send by mail, or upload, an original letter from your bank on bank letterhead providing:
   - Name of the account
   - Address on the account
   - Bank/ABA routing number
   - Account number
   - Account type (personal checking account or personal savings account)
   - Authorized signers for the account
   - Signature of the financial institution's representative, confirmed by the financial institution's notary; or, it must be a signature guarantee including the stamp or seal from the financial institution's authorized representative.

**REQUEST FOR RECURRING REQUIRED**
MINIMUM DISTRIBUTIONS FROM
YOUR RETIREMENT INVESTMENTS (ERISA)



***Under current federal tax law, if, during a calendar year, you take cash withdrawals above these RRMD payments, the extra withdrawal amount will reduce any remaining required minimum distribution due during that year.**

**NOTE:** Signature date must be within 180 days of the start date of the payment.

Depending on who your beneficiary is at your death, federal tax law may require your beneficiary to take a full distribution of their inheritance on or before the end of the 10th year following the year of your death (or in the case of an inherited account, before the end of the 10th year following the year of the original participant's death). You should consult your tax advisor before selecting a beneficiary.

## 9. YOUR SIGNATURE

**By signing below, I agree to and understand the following:**

- I authorize TIAA to make withdrawals from my account balances with TIAA, as stated in this form;
- In some instances, my employer's plan may require TIAA to open new Minimum Distribution Option contracts for me;
- The date TIAA starts minimum distributions cannot be before TIAA receives all necessary papers;
- If TIAA issues new Minimum Distribution Option contracts for me and uses my entire existing balance for Minimum Distribution Option withdrawals, my existing contract will have no value;*
- Only the withdrawal options available to me from my existing contract will be available to me later;
- If TIAA is required to issue me Minimum Distribution Option contracts, the beneficiaries on my existing contract will be the designation on this new Minimum Distribution Option contract until the time I request a new designation;*
- If my employer's plan does not allow for TIAA to make my distributions from my existing account, TIAA may issue separate TIAA and/or CREF Minimum Distribution Option annuities for account balances from retirement plans covered by different sections of the Internal Revenue Code. The beneficiaries I name will apply to all Minimum Distribution Option contracts TIAA issues to me;*
- If my employer's plan requires TIAA to issue me new Minimum Distribution Option contracts, then payments cannot be stopped once they begin. Payments will continue until the entire amount placed in the Minimum Distribution Option contract has been paid out, withdrawn, or converted to annuity income as per the terms of the Minimum Distribution Option contract;*
- If I requested that my withdrawals be directly deposited, I authorize that the bank charge my account and refund any overpayments to TIAA. I release my bank from any liability to TIAA for overpayment above the amount of the funds available at the time TIAA requests a refund.
- I understand that if I have a balance in TIAA Traditional and proceed with my withdrawal, I may be giving up the opportunity to receive a loyalty bonus that provides the potential to increase monthly income in retirement. (The loyalty bonus is only available if lifetime income is elected as the payout option.)

*Please note that in lieu of issuing me a Minimum Distribution Option contract, to the extent available under my plan, TIAA may provide me with a Recurring Required Minimum Distribution (RRMD) Option feature which provides for automated required minimum distributions without issuing a new contract. My distribution options and beneficiary designations will apply to the RRMD payments as with an MDO contract. Note that an RRMD payment from a Retirement Annuity or Group Retirement Annuity contract, once started, cannot be stopped. Any other RRMD payment stream may be stopped and restarted at my direction.

Continued on next page

TIAA

# REQUEST FOR RECURRING REQUIRED MINIMUM DISTRIBUTIONS FROM YOUR RETIREMENT INVESTMENTS (ERISA)



Continued from previous page

My signature below validates all elections made herein as legally valid and in effect, including all federal substitute withholding certificate elections I have made herein.

For your protection, TIAA may require additional verification of your identity before accepting your transaction as in good order. You agree that your transaction will be valued as of the market close on the business day that all of the steps necessary to verify your identity and the transaction to be in good order have been completed. You also agree that in the event these steps are completed after the market close on a business day, then your transaction will be valued as of the market close on the next business day. The amount of money that you receive will depend on the share or unit price on the day on which your transaction is deemed to be in good order. Due to market fluctuations, the price your shares or units ultimately receive could be less than the share or unit price when you initiated this transaction. It is also possible that if we are unable to reach you to verify this transaction within five days, this transaction may be canceled.

If you need to print the IRS Form W-8BEN, go to **TIAA.org/forms** and scroll to 'Find tax information.'

If I am a non-resident non-citizen of the United States, I acknowledge that the below tax certifications do not apply to me. I have provided TIAA with an IRS Form W-8BEN within the last three years or will submit a W-8BEN prior to requesting a distribution from this account. I acknowledge that I must have a W-8BEN on file to request a distribution.

**Substitute W-9 Request for Taxpayer Identification Number and Certification**

Under penalties of perjury, I certify that: (1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. citizen or other U.S. person (as defined in the form W-9 instructions); and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Please sign your full legal name with suffix, if applicable, using black ink, or online using TIAA's digital signing experience.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding (as detailed in the box above).**

Your Signature: DAVID GREENBERG
DAVID GREENBERG (Dec 4, 2023 15:59 EST)

Today's Date (mm/dd/yyyy): 12/04/2023

TIAA

**REQUEST FOR RECURRING REQUIRED**
MINIMUM DISTRIBUTIONS FROM
YOUR RETIREMENT INVESTMENTS (ERISA)



**Unmarried Verification:** If you are unmarried, ONLY complete Section 10.

Please sign your full legal name with suffix, if applicable, using black ink, or online using TIAA's digital signing experience.

## 10. UNMARRIED VERIFICATION

☑ I certify that I am not married **AND** no longer work for the employer that contributed to this plan.

Your Signature: DAVID GREENBERG
DAVID GREENBERG (Dec 4, 2023 15:59 EST)

Today's Date (mm/dd/yyyy): 12 04 2023

**OR**

☐ I certify that I am not married AND I am currently working for the employer that contributed to this plan.

**Note:** The Plan Representative will need to certify in the Plan Representative Certification section below.

Your Signature: ______

Today's Date (mm/dd/yyyy): __ __ 20__

Please sign your full legal name with suffix, if applicable, using black ink.

### PLAN REPRESENTATIVE CERTIFICATION

By signing, you certify that the participant is not married.

Plan Representative's Signature: ______

Today's Date (mm/dd/yyyy): __ __ 20__

Plan Representative's Name *(Please print)*: ______

Title: ______

TIAA

# REQUEST FOR RECURRING REQUIRED MINIMUM DISTRIBUTIONS FROM YOUR RETIREMENT INVESTMENTS (ERISA)



**To the participant:** If you are married, ONLY your spouse will need to complete Section 11.

Your spouse's consent is required for distributions taken in a form other than a qualified joint and survivor annuity to the extent your plan is subject to the Employee Retirement Income Security Act (ERISA), or due to the terms of your employer's plan requiring such consent.

**Remember, spouse must sign and date this waiver on or after the participant has signed this form.**

This section must be completed by a Notary Public. TIAA accepts online notarization. You may notarize your documents online by visiting **www.Notarize.com/TIAA**. Notarize.com is a third-party vendor that charges a fee for each notary transaction. If you reside outside the United States, you can go to a U.S. Embassy/U.S. Consulate or U.S. Bank Branch to obtain a Notary Public's signature.

**NOTE:** A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy or validity of that document.

Please contact your benefits office to complete the Plan Representative Certification instead of a Notary Public Certification.

Please sign in black ink.

## 11. SPOUSE'S WAIVER OF SURVIVOR BENEFITS

As the spouse of a participant in an employer-sponsored retirement plan, and in accordance with federal pension law and/or the terms of the participant's plan, you have the right to receive a survivor benefit of at least 50% of the participant's (the account owner's) accumulation if he or she dies before you (referred to as a qualified joint and survivor annuity ("QJSA")). The amount may be more depending on the plan provisions. With this form, your spouse is requesting a distribution in a form other than the QJSA as well as a required minimum distribution (RMD) in the event your spouse has provided instructions to roll over the requested distribution and has not received RMDs in accordance with federal tax law. Because this means that the money used for the distribution will no longer be available to provide a QJSA survivor benefit to you, we must get your consent before completing the transaction. Please read and sign the statement below only if you agree to the distribution in a form other than the QJSA. You do not have to sign this form. If you do not, you will receive the QJSA survivor benefit described in the *Explanation of the Qualified Joint and Survivor Annuity.*

**IMPORTANT:** You must have your signature witnessed by a Notary Public OR the contributing employer's Plan Representative. You must sign and date this waiver on or after your spouse has signed the distribution form.

**By signing, I confirm that I have read and understand the *Explanation of the Qualified Joint and Survivor Annuity,* which includes information about the QJSA and the requirements for spousal consent. I hereby agree to this distribution and understand that the amount to be distributed will not be available as a QJSA survivor benefit. I also understand that this waiver applies to this request only; it does not apply to future requests.**

First Name ____________________ Last Name ____________________

Signature ____________________ Today's Date (mm/dd/yyyy) __ / __ / 20__

### OPTION 1: NOTARY PUBLIC CERTIFICATION

State ____ County ____________________ Notary Expiration Date (mm/dd/yyyy) __ / __ / 20__

On the date noted below, the subscriber known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

Notary Public's Signature ____________________

Today's Date (mm/dd/yyyy) __ / __ / 20__

In this space, the Notary Public must provide his/her notarial number and the date the appointment expires.

**FOR NOTARY PUBLICS IN FLORIDA**

The foregoing instrument was acknowledged before me, by means of:

☐ Physical presence ☐ Online notarization

### OPTION 2: PLAN REPRESENTATIVE CERTIFICATION

By signing, you are certifying you witnessed the spouse's signature.

Plan Representative's Signature ____________________ Today's Date (mm/dd/yyyy) __ / __ / 20__

Plan Representative's Name *(Please print)* ____________________ Title ____________________

TIAA

**REQUEST FOR RECURRING REQUIRED**
MINIMUM DISTRIBUTIONS FROM
YOUR RETIREMENT INVESTMENTS (ERISA)



**PLEASE NOTE:** If this section is not completed and, if it is a requirement for your plan, TIAA will need to obtain the approval prior to proceeding with your withdrawal request.

Please sign your full legal name with suffix, if applicable, using black ink.

## 12. EMPLOYER'S PLAN REPRESENTATIVE SIGNATURE

An Employer Authorization is required by the employer that contributed to your plan for TIAA to process your withdrawal request.

### PLAN REPRESENTATIVE APPROVAL

By signing, you are approving this request.

Date of Separation of Service: (mm/dd/yyyy) __ __ / __ __ __ __ __ __

Plan Representative's Signature

Today's Date (mm/dd/yyyy) __ __ __ __ 2 0 __ __

Plan Representative's Name *(Please print)*

Title