DATE: FEB 10 1976  BOX# 1907 camera # 4

TEACHERS INSURANCE AND ANNUITY ( G066    COLLEGE RETIREMENT
ASSOCIATION OF AMERICA                    EQUITIES FUND
730 THIRD AVENUE, NEW YORK, N. Y. 10017

Application for: ☒ **TIAA Retirement Annuity Contract**
                 ☒ **CREF Retirement Unit-Annuity Certificate** P- ( ( 5 2 ) 1 - 0

A- ( ( 3 2 1 7 - 3

| 1. Full Name | Miss ☐ Mrs. ☐ Mr. ☒ | Last Name | First Name | Middle Name or Initial | Social Security Number |
|---|---|---|---|---|---|
| | | GREENBERG | DAVID | FRANK | ▮ ▮ - 5 ( ( 7 3 |

| 2. Mailing Address | Number | Street | City or Town | State | Zip Code |
|---|---|---|---|---|---|
| | 110 | BANK ST. | NEW YORK | NY | 1 0 0 1 4 |

| 3. Date of Birth* | Month ▮ | Day 6 | Year 1942 | 4. Sex ☒M ☐F | 5. Present Position | Title | Employing Institution |
|---|---|---|---|---|---|---|---|
| | | | | | ASSISTANT | PROFESSOR | NEW YORK U. |

**6. Date Annuity Payments to Start.** (This date may be changed later, if desired, in accordance with the TIAA contract and/or CREF certificate. It is generally appropriate to choose the 65th birthday, or such other birthday that agrees with the retirement age at your institution.)

TIAA is to make the first annuity payment and/or CREF is to make the first unit-annuity payment to me on the first day of the month following my 65 th birthday.

**7. Allocation of Premiums Between TIAA and CREF.**

(a) If applying for a TIAA Retirement Annuity Contract only, check this box:
☐ All premiums to TIAA

(b) If applying for a TIAA contract and/or a CREF certificate, the percentage of premiums to be paid to CREF may not be less than 25% nor more than 75% of total concurrent annuity premium payments to TIAA and CREF. Check one box:
☐ 75% to TIAA; 25% to CREF  ☒ 25% to TIAA; 75% to CREF
☐ 50% to TIAA; 50% to CREF  ☐ Other:_____% to TIAA;_____% to CREF

Note: If you are applying for an annuity as part of an institutional TIAA-CREF retirement plan, the percentage allocated to CREF must conform to the institution's requirements.

**8. To whom shall the proceeds be payable in case of your death?** Give first name, middle initial and last name: Mary A. Smith (not Mrs. John Smith). For your children, you may simply use the term "My Children" and leave the Date of Birth and Relationship columns blank. This term will provide equal treatment among your children—present and future—born of any and all marriages and any children legally adopted at any time.

| | Date of Birth Mo. Day Year | Relationship to you, i.e., wife, son, daughter. (If none, state whether friend, creditor, etc.) |
|---|---|---|

**Primary Beneficiary(ies) (Class I):**

LOUIS E. GREENBERG — ▮▮▮ — FATHER

MINA GREENBERG — ▮▮▮ — MOTHER

SEE ATTACHED AMENDMENT

**Contingent Beneficiary(ies) (Class II). If any:**

NEW AMERICAN MOVEMENT
2421 E. FRANKLIN AVE. S.
MINNEAPOLIS, MINN.

The right to change beneficiaries is reserved to me.

NOTE: If no Primary Beneficiary (Class I) is living at time of your death, the proceeds are payable to the Contingent Beneficiary(ies) (Class II). If a Class includes more than one person, the proceeds are divided equally among the living beneficiaries of the Class.

I understand (1) that TIAA and CREF annuities are non-assignable and that they have no provision for cash surrender or loans; but that in case premium payments cease I will retain credit to the amounts of TIAA annuity and to the number of CREF units purchased by premiums already paid; (2) that CREF certificates do not guarantee or promise payment of any stated number of dollars, but provide for accumulations and benefits in terms of units, the values of which will change from time to time.

Dated at New York, N.Y. this TWENTY FIFTH day of FEBRUARY 19 74

Signature of Applicant David F. Greenberg

GREENBE, D.F.    CODE 0144
A613219-3 ISSUED 10-73    CURR U.S.
P613219-0 ISSUED 04-74
FORM - 1000.17    C10C0.6
ENDORSEMENTS -

SE SIDE AS TO RECORD OF AGE
IE BLANKS BELOW THIS LINE

| Currency | Date of Issue | Verified | Approved | Other Policies | Data Processing |
|---|---|---|---|---|---|
| ☑ U.S. | 7 3 | | | | 19 |
| ☐ Can. 2 4 74 | | P | 76 | | |

HECHT 0127

DATE: **FEB 10 1975** BOX# *1907* camera # 4

## RECORD OF AGE

IMPORTANT: The records listed under "A" are more satisfactory to verify your date of birth than those listed under "B" and so should be furnished if at all possible. One of any of the records listed under "A" should be sufficient. Otherwise, any two records listed under "B" may be furnished *if both are at least 6 months old.* Any record must give YOUR AGE or YOUR DATE OF BIRTH. Records submitted for TIAA will be used for CREF.

### A.

**BIRTH CERTIFICATE**
A certified copy can be obtained from the Bureau of Vital Statistics of the city or county in which you were born.

**BAPTISMAL CERTIFICATE**
A copy can be obtained from the church where you were baptized. It should give birth date as well as *baptismal date.*

**FAMILY BIBLE**
A statement by a college official or notary public stating (a) that he has examined the Bible, (b) the name of the person presumed to have made the entry, (c) when the entry was presumed to have been made, and (d) your name and date of birth as shown in the entry.

**LIFE INSURANCE POLICY** (if at least 5 years old)
The policy may be in TIAA or another life insurance company. Ordinarily an annuity contract is not an acceptable record of age.

**SCHOOL OR COLLEGE RECORD** (if at least 5 years old)
Such records may have originated while you were attending school or teaching.

**MILITARY DISCHARGE PAPER**
This should be the official discharge paper. Other military records may be acceptable as partial evidence.

**U. S. PASSPORT**
The passport may be submitted or a statement may be obtained from the Department of State giving the necessary information.

### B.

Affidavit of parent
Birth certificate of child
Census record
Church or Sunday School record
Club or lodge record
Confirmation record
Diary
Driver's license
Election registration
Employment record
Family doctor's record
Fraternal organization record
Hospital record
Immigration Registration or Visa
Marriage record
Military Identification or
    Service Card
Naturalization record
Professional organization record
School Report Card
Selective Service Registration
Statement of physician or midwife in
    attendance at birth
Vaccination record

### HOW TO FURNISH RECORDS TO TIAA-CREF

The record can be reviewed by a college official or a notary public. He should complete and sign the statement below or send us a statement on a separate sheet. If preferred, the record itself may be sent to TIAA-CREF.

In order to establish the correct date of birth of ___DAVID F. GREENBERG___ hereby certify that I have examined the following records and that the date of birth of the above named individual is stated therein as shown below. (Give full details under "Type of Record," i.e., Blank Insurance Co. Policy #72897.)

Type of Record: (1)___U. S. Passport___ Date of birth shown: ___May 6, 1942___

How old is this record? (Please indicate its date of issue): ___May 18, 1964 # E334391___

If reproduction (photostat, certified copy, etc.) is used, what date was it made?___

Remarks:___

Type of Record: (2)___ Date of birth shown:___

How old is this record? (Please indicate its date of issue):___

If reproduction (photostat, certified copy, etc.) is used, what date was it made?___

Remarks:___

_[signature]_ Signature of College Official or Notary Public    _[signature]_ Title ___Benefits Advisor___

___2-25-74___ Date of this certification    College (if signed by College Official) ___New York University___

---

DO NOT FILL IN THE BLANKS BELOW THIS LINE

| Annuitant | Evidence of Age | Beneficiary | Evidence of Age Letter: |
|---|---|---|---|
| ☐ None ☐ Birth Certificate | For: | | ☐ To Annuitant ☐ To Inst. on : |
| ☐ Partial ☐ Baptismal Certificate | Born: | | Evidence: |
| ☐ See attached statement | | | ☐ Returned ☐ Ack'd. Date___ |
| ☑ See above | ☑ None ☐ Birth Certificate | | Contracts Mailed To: |
| | ☐ Partial ☐ Baptismal Certificate | | ☐ Institution ☑ Annuitant |
| | ☐ See attached statement | | Checked___ |
| Complete___ Ck'd.___ | Complete___ Ck'd.___ | | Date___ **MAY 0 8 1974** |