DATE: FEB 10 1976 BOX# *1907* camera # 4 ▼

David F. Greenbert
A613219-3
P613219-0   *C — 536*

**AMENDMENT TO APPLICATION**
made to

□ TEACHERS INSURANCE AND ANNUITY          □ COLLEGE RETIREMENT
ASSOCIATION OF AMERICA  1975 MAY -2 PM 2 57   EQUITIES FUND

730 Third Avenue, New York, New York 10017

I wish to amend my application for _____ Retirement Annuities _____, made to

the company(ies) indicated above on the _____ 25th _____ day of _____ February _____, 19 74,

as follows:   VERFICIATION OF INFORMATION ON APPLICATION.

Question 8.   Beneficiary

PRIMARY BENEFICIARY (IES), (CLASS I):

Louis E. Greenberg, Born ▓▓▓ ▓ ▓, Father
Mina Greenberg, Born ▓▓▓▓ ▓ Mother

CONTINGENT BENEFICIARY (IES), (CLASS II):

*NEW AMERKAN MOVEMENT*, presently located at
*1643 N MILWAKEE. AVE, CHITAGO ILL.606*, or any successor thereof
If at the death of the Annuitant said_____.
or a successor thereof, is in existence; otherwise to:

the executors or administrators of the Annuitant.

And I hereby declare that the above answers and statements are complete and true, and agree that

they shall become and form a part of my original application and be subject to all the conditions

thereof.

Dated at _____ *New york* _____ this _____ *1st* _____ day of _____ *May* _____ 1975

_____
(Full Signature of Applicant)
(David F. Greenberg)

FS001-2-70