DSOC / NAM MERGER AGREEMENT - OUTLINE

**EXHIBIT**

PLFS EX. 3 10/07/25 DM

I. UNIFICATION

    A. MERGER AGREEMENT

        1. STATUS OF THIS AGREEMENT
        2. IMPLEMENTATION OF THIS AGREEMENT
        3. OUTREACH CAMPAIGN

    B. FORMAL MERGER

        1. IDENTIFICATION OF UNIFIED ORGANIZATION
        2. MERGER CONVENTION
        3. ORGANIZATIONAL MEETING  OF NATIONAL EXECUITVE COMMITTEE

    C. UNITY PROCESS

        1. SCHEDULE OF MEETINGS FOR LEADERSHIP BODIES
        2. UNITY CELEBRATION
        3. FIRST REGULAR CONVENTION

II. STRUCTURE

    A. OFFICERS AND PERSONNEL

        1. NON-SALARIED OFFICERS
        2. SALARIED OFFICERS
        3. POLITICAL STAFF

    B. LEADERSHIP BODIES

        1. NATIONAL BOARD
        2. NATIONAL EXECUTIVE AND INTERIM COMMITTEES
        3. COMMISSIONS

    C. ORGANIZATION

        1. LOCALS AND REGIONS
        2. OFFICES
        3. FINANCES

III. POLITICAL PROGRAM

    A. POINTS OF POLITICAL AGREEMENT

    B. POLITICAL PRIORITIES

    C. PUBLICATIONS AND LITERATURE

Submitted by: Bill Thomas

DSA_00047

DSOC / NAM MERGER AGREEMENT

I. UNIFICATION

A. MERGER AGREEMENT

1. STATUS OF THIS AGREEMENT

a. This agreement and the attached documents form the basis for organizational merger of the Democratic Socialist Organizing Committee ( DSOC ) and the New American Movement ( NAM ). Attachments include a Constitution for the merged organization, an outline of its By-Laws, and a statement of the Points of Political Agreement (revised). The content of these documents have been jointly agreed to by duly elected negotiating committees of the two organizations.

b. The provisions of this agreement shall be in effect from the formal dissolution of both organizations and their concurrent merger at a joint convention in March, 1982. During the period this agreement is in force, its provisions shall superceed any provisions of the Constitution and By-Laws which it directly addresses; otherwise, the provisions of the Constitution and By-Laws shall be in effect. At the first regular Convention of the unified organization in October, 1983, the provisions of this agreement shall be null and void, and all provisions of the Constitution and By-Laws shall be in effect ( subject to ammendment at that Convention ).

c. This agreement must be ratified by both organizations according to procedures established by their 1981 conventions. This process includes approval by the DSOC National Executive Committee and ratification by a special DSOC convention, and approval by the NAM National Interim Committee and ratification by the NAM membership.

2. IMPLEMENTATION OF THIS AGREEMENT

a. The DSOC and NAM negotiating committees have established 7 subcommittees to oversee implementation of this agreement up to the point of the March 1982 convention. These subcommittees will each have co-chairs from DSOC and NAM and may add members who are not serveing on the negotiating committees. They are as follows: Unity Planning ( Ben Tafoya and Holly Graff ), Political Priorities ( Ben Tafoya and Richard Healey ), Publications and Literature ( Debbie Meier and Joanne Barkan ), Personnel ( Nancy

DSA_00048

2

Kleniewski and Anne Hill ), Finances and Budget ( Selma Lenihan and Bill Barclay ), and Constitution and Merger Agreement ( Bill Thomas and Roberta Lynch ). Resolution of any conflicts which may arise in these subcommittees regarding the final implementation of this argeement are to be attempted by Ben Tafoya and Holly Graff, by polling the negotiating committees, and, if necessary, by convening the negotiating committees, in that order.

b. All transitional questions up to the merger convention which are not addressed in this agreement, including coordination of local mergers, are to be handled by the national offices of DSOC and NAM.

c. For any decisions requiring separate actions by DSOC and NAM between the March, 1982, merger convention and the first regular convention in October, 1983, members of the unified organization's National Executive Committee ( NEC ) selected by DSOC under terms of this agreement shall constitute " DSOC ", and NEC members selected by NAM shall constitute " NAM ". Such decisions may involve questions unresolved by the negotiating committees by the time of the merger convention, or the filling of any vacancies for positions apportioned to either organization in this document as officers or staff    , on leadership bodies, and on editorial or advisory committees.

3. OUTREACH CAMPAIGN

a. Plans for an extensive outreach campaign announcing the merger of DSOC and NAM, including a unity fund drive, are to be developed by the Unity Planning subcommittee as a major priority of unification. These plans are to be approved by the appropriate leadership bodies of the two organizations prior to implementation, which will begin as soon as possible and culminate with the unity celebration in October, 1982.

b. The outreach campaign may include but not be limited to the following: discussions with significant figures on the democratic left soliciting their membership and active participation in the unified organization; a press conference in Washington, D.C., to announce the merger and unification process; invitations to

DSA_00049

3.

appropriate labor and political leaders to speak at the March merger convention; publication of a short recruitment brochure explaining the significance of the merger; a national tour following the merger convention involving significant figures on the democratic left, officers, NEC members and locals; publicity utilizing the name change; a major recruitment drive leading up to the October unity celebration; and a coordinated press strategy for the entire outreach campaign.

c. Events currently planned for the period before the unity celebration are to be integrated into the outreach campaign, including the three Democratic Agenda regional conferences and the Institute on Democratic Socialism's conference on Latin America.

B. FORMAL MERGER

1. IDENTIFICATION OF UNIFIED ORGANIZATION

a. The name of the unified organization will be
Selection of this name has been based on an advisory poll conducted in both organizations.

b. In order to build upon the established political recognition of both organizations, the following transition strategy will be employed for adopting this name:

* At the merger convention, the name shall be DSOC/NAM ( soon to become ). All publicity, correspondance and literature related to the unified organization shall reflect this change.

* At the October, 1982, unity celebration the name shall officially become ( formerly DSOC/NAM ).

* At the first convention in October, 1983, the name shall officially become without references to DSOC or NAM in the name.

c. The fist and rose will appear on the organization's stationary. The uniifed organization will continue DSOC's membership in the Socialist International.

2. MERGER CONVENTION

a. Formal merger will take place in Detroit on the weekend of March 13-14, 1982.

DSA_00050

4

Immediately preceeding the merger convention, DSOC will hold a specially delegated National Board meeting and NAM will hold a specially delegated National Council meeting. These concurrent meetings will each involve 100 - 125 persons. Each organization will take up such matters as it desires at these meetings, including the holding of elections. At their conclusion, each organization will formally dissolve in order to constitute the unified organization at the subsequent merger convention.

b. Arrangements and publicity for the merger convention and associated meetings will be coordinated by the national offices of DSOC and NAM will the assistance of local Michigan chapters of both organizations. The agendas for the special meetings will be planned by the leadership bodies of each organization. The agenda for the merger convention will be planned by the Unity Planning subcommittee and approved by both organizations. This agenda is to include, but not be limited to, the following: a public meeting and/or unity events; a discussion of political priorities for the unified organization;     the election of officers and at large members of the NEC; and the call and outreach campaign for the October unity celebration. The symbolism of events at the merger convention is to be carefully considered in its planning

c. At the merger convention, each organization will present slates of candidates for the positions of officers and NEC members apportioned to it in this agreement. No nominations will be accepted for these positions other than the proposed slates, which will be accepted by the other organization ( as long as such slates are congruent with other provisions of this agreement ). This agreement and attached documents are not open for ammendment or modification at the merger convention. No business or resolutions will be taken up by this convention which have not been previously agreed to by the leadership bodies or pre-merger meetings of each organization.

3. ORGANIZATIONAL MEETING OF NATIONAL EXECUTIVE COMMITTEE

a. Immediately following the adjournment of the merger convention, there will be an organizational meeting of the newly elected NEC of the unified organization.

b. The agenda for this NEC meeting shall be developed by the Unity Planning

DSA_00051

5

subcommittee and approved by the leadership bodies of both organizations. This agenda will include, but not be limited to, the following: electing a National Interim Committee ( NIC ); establishing appropriate NEC subcommittees, including finance and budget, and personnel; selecting editorial boards and advisory committees electing political staff positions in the organization's national and branch offices; establishing a special Commission on proportional representation; assignment of laison responsibilities by NEC members to locals, regions and commissions; confirmation of Co-chairs of Commissions; and scheduling NEC meetings for the coming year.

c. Each organization will present slates of candidates for NIC positions, political staff positions, editorial board positions and branch office advisory committee positions apportioned to it in this agreement. No nominations will be accepted for these positions other than the proposed slates, which will be accepted by the other organization ( as long as such slates are congruent with other provisions of this agreement).

C. UNITY PROCESS

1. SCHEDULE OF MEETINGS FOR LEADERSHIP BODIES

a. The National Board shall meet a minimum of once between the merger convention and the first regular convention in October, 1983. This meeting shall take place no later than January, 1983. The exact date is to be set by the NEC .

b. The National Executive Committee shall meet a minimum of 6 times between the merger convention and the first regular convention, a 19 month period. For example, it may meet in June, September and December of 1982 and March, June and September of 1983. Exact dates are to be set by the NEC.

c. The National Interim Committee shall meet a minimum of 10 times between the merger convention and the first regular convention, a 19 month period. For example, it may meet in April, May, July, August, and November of 1982 and February, April, May, July, and August of 1983. Exact dates are to be set by the NIC.

2. UNITY CELEBRATION

A unity celebration will take place in San Francisco bay area the weekend

DSA_00052

of October 2 - 3, 1982 as a major outreach event, intended to draw people from all parts of the country.

b. Until the merger convention, preliminary arrangements for the unity celebration are to be coordinated by the national offices of DSOC and NAM with the cooperation of bay area locals; after the merger convention, arrangements and publicity are to be coordinated by the national office and bay area branch office. The Unity Planning subcommittee is to develop proposals for the program of the unity celebration for discussion at the merger convention. Final planning and program approval is to be done by the NEC. This program may include, but not be limited to, the following: a major public speaking and/or cultural event; workshops, panels and speakers; a concert; and a fundraising event. The symbolism of events and use of language appropriate to our political goals are to be considered very carefully by the NEC in terms of general organizational policy when finalizing plans for the unity celebration.

c. The unity celebration is to take the format of a conference; no votes are to be taken and ann old and new members will be encouraged to attend. The theme of the celebration is to be tied to the 1982 elections and the importance of a unified socialist organization to American politics in the 1980's. An NEC meeting may follow the celebration.

3. FIRST REGULAR CONVENTION

a. The first regular convention of the unified organization will be held in New York City on Columbus Day weekend, October 15 - 17, 1983.

b. The call and agenda for this convention shall be determined by the National Board and NEC respectively. An organizational meeting of the newly elected NEC will follow the convention.

c. A special commission will be appointed by the NEC to study methods for election of delegates to this convention, as well as the form of proportional representation used for election of officers and National Executive Committee members at this convention. This Commission shall prepare a report and recommendations for the National Board meeting to be held no later than January, 1983.

DSA_00053

| 82 | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NIC #1 | NIC #2 | NEC #1 | NIC #3 | NIC #4 | NEC #2 | Unity Celeb. 2-3 | NIC #5 | NEC #3 |

Merger Convention 13-14

NEC organization meeting

| 983 | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nat. Board | NIC #6 | NEC #4 | NIC #7 | NIC #8 | NEC #5 | NIC #9 | NIC #10 | NEC #6 | First Convention 15 - 16 | NIC | NEC |

NEC organization meeting

| 1984 | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NIC | NIC | NEC | NIC | NIC | NEC | NIC | NIC | NEC | Nat. Board | NIC | NEC |

| 1985 | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NIC | NIC | NEC | NIC | NIC | NEC | NIC | NIC | NEC | Second Convention | NIC | NEC |

PROPOSED TIMELINE FOR CONVENTIONS AND LEADERSHIP BODIES 1982 - 1985
( #s refer to proposed NEC/NIC schedule between merger and 1983 )

Timeline presents proposed schedule to fulfill minimum expectations; bodies may meet more often

DSA_00054

6a

## II . STRUCTURE

### A. OFFICERS AND PERSONNEL

#### 1. NON-SALARIED OFFICERS

a. The Chair of the organization from the merger convention to the first regular convention shall be chosen by DSOC and will be DSOC's current Chair, Michael Harrington.

b. Of the 9 Vice-Chairs to be elected at the merger convention who will serve until the first regular convention, 6 shall be apportioned to DSOC ( 3 men and 3 women ) and 3 shall be apportioned to NAM ( 1 man and 2 women ). DSOC's Vice-Chairs will be the 6 Vice-Chairs elected at its 1981 convention, including Harry Britt, Marjorie Phyfe, Michael Germinal Rivas, Trudy Robideau, Rosemary Reuther and William Winpisinger. NAM's Vice- Chairs will be elected at its special National Council meeting by whatever procedures it deems appropriate.

c. For the purposes of determining the number of terms served in office by non-salaried officers, terms served prior to election at the first regular convention shall not be counted.

#### 2. SALARIED OFFICERS

a. Of the 4 salaried officers to be elected at the merger convention who will serve until the first regular convention, 2 shall be apportioned to DSOC ( 1 man and 1 woman ) and 2 shall be apportioned to NAM ( 1 man and 1 woman ). DSOC's positions will be those of Political Director and Organizational Director and will be filled by the 2 salaried officers elected at its 1981 convention, Ben Tafoya and Selma Lenihan, respectively  NAM's positions will be those of Field Director and Program Director . These officers will be elected at its special National Council meeting by whatever procedures it deems appropriate. Until the first regular convention, the Political, Organizational and Field Directors will be located in the New York office and the Program Director will be located in the Chicago office.

b. The rights and duties of the 4 salaried officers shall be as generally specified in the Constitution and By-Laws. However, it is understood that the

DSA_00055

8

division of responsibilities between the Directors will of necessity evolve with experience between the merger convention and the first regular convention. As specified in the Constitution, the 4 Directors will be co-equals with the Political Director's vote being decisive in the case of a tie vote on a decision.

c. For the purposes of determining the number of terms served in office by salaried officers, terms served prior to election at the first regular convention shall not be counted.

3. POLITICAL STAFF

a. There shall be a minimum of $12\frac{1}{2}$ staff with political functions in the period between the merger convention and the first regular convention, including the 4 Directors described above. Of these staff positions, $8\frac{1}{2}$ shall be apportioned to DSOC and 4 shall be apportioned to NAM; that is, there shall be $6\frac{1}{2}$ staff positions for DSOC elected by the NEC and 2 staff positions for NAM elected by the NEC. DSOC's positions will include the National Youth Organizer to be filled by Penny Schantz, Special Projects Coordinator to be filled by Frank Llewellyn, Institute for Democratic Socialism Coordinator to be filled by Nancy Lieber, Newsletter Coordinator to be filled by Maxine Phillips ( $\frac{1}{2}$ time ), West Coast Democratic Agenda Coordinator to be filled by Harold Meyerson, Midwest Coordinator ( Chicago ) and Western Coordinator (bay area). The latter two positions will be selected by DSOC by whatever procedures it deems appropriate. NAM's positions will include a Western Coordinator and a Midwest Coordinator, to be selected by whatever procedures it deems appropriate. Unless otherwise indicated, all political staff will be located in the New York office.

b. Following the merger convention, all political staff positions are to be fully funded, with the exception of NAM's Midwest Coordinator position and DSOC's Western Coordinator position. Both positions are to be funded by the October unity celebration, with the NAM position funded first. It is planned that the NEC will designate all 4 branch office Coordinators at its March organizational meeting ...... sexual and geographical balance ); there

DSA_00056

9

c. The Personnel subcommittee established by the negotiating committee is to make recommendations to the NEC of the unified organization on salaries for all political staff positions, including the 4 Directors, as well as appropriate personnel policies and job descriptions.

## B. LEADERSHIP BODIES

### 1. NATIONAL BOARD

a. The location and agenda for the January, 1983, Board meeting shall be set by the NEC. Subject to financial considerations, the Board shall meet in a location other than Detroit, San Francisco or New York.

b. Travel sharing shall be in effect for the regular and any special Board meetings.

c. Members of the Board elected to represnt locals at this or any special Board meetings prior to the first regular convention shall be elected under the following conditions : " Locals will determine their own procedures for elections to the National Board, except that a petition signed by 10 percent of a local's membership or a motion supported by 15 percent of those present and voting at the local meeting which determines election procedures will require use of the Hare system in that local's elections to the National Board. All local elections to the National Board shall be by secret ballot." The special Commission appointed by the NEC to study proportional representation is to make recommendations to the January, 1983, Board meeting on local election procedures for Board delegates.

### 2. NATIONAL EXECUTIVE AND INTERIM COMMITTEES

a. The size of the NEC from the merger convention until the first regular convention shall be 42 members. Selection of 28 members of the NEC shall be apportioned to DSOC, while selection of 14 members shall be apportioned to NAM. DSOC's NEC slate will consist of Chair Michael Harrington, Political Director Ben Tafoya, Organizational Direcotr Selma Lenihan, Youth Section Representative Angie Fa and 24 at-large members elected at its 1981 convention, including Bogdan Denich,

DSA_00057

Brian Doherty, Peter Dreier, Harry Fleischman, Elizabeth Goldstein, Irving Howe, Victoria Hugley, Ruth Jordan, Nancy Kleniewski, Helen Kramer, Mark Levinson, Nancy Lieber, Kathy Lundy, Debroah Meier, Harold Meyerson, Maxine Phillips, Marjorie Phyfe, Charleen Raines, David Rathke, Michael Rivas, Trudy Robideau, Roger Robinson, Carl Shier and Bill Thomas. NAM's slate shall consist of the 2 salaried officers and 12 at-large members ( 6 men and 6 women ) elected at its special National Council meeting immediately preceding merger by whatever procedures it deems appropriate.

b. The NEC shall set its own agenda based on recommendations by the NIC. Locations are to be set by the NEC in a variety of cities, subject to financial considerations. Travel sharing is to be in effect for all NEC meetings.

c. The size of the NIC from the merger convention until the first regular convention shall be 16 members. Selection of 11 members of the NIC is to be apportioned to DSOC and selection of 5 members to NAM. DSOC's NIC slate shall consist of Chair Michael Harrington, Political Director Ben Tafoya, Organizational Director Selma Lenihan, a Youth Section Representative and 7 at-large members ( 4 men and 3 women ) elected by its NEC prior to merger by whatever means it deems appropriate. NAM's slate will consist of its 2 salaried offices and 3 at-large members ( 1 man and 2 women ) elected at its special National Council meeting by whatever procedures it deems appropriate. A majority of at-large members from both slates must be NEC members, while the balance need not be. There are to be no geographic restrictions on membership, and travel shall be shared or subsidized.

3. COMMISSIONS

a. All existing commissions of both organizations are to be continued, with the exception of NAM's Labor Commission. Where similar Commissions exist, the two bodies are simply to be merged under procedures developed by the national offices of both organizations. In the case of the Labor Commission, members of NAM's Commission will join with a committee appointed by DSOC's NEC to have a basic discussion on how to best constitute a Labor Commission for the unified organization, with recommendations to be made to the unified NEC.

b. All Commissions are to have co-chairs, one appointed by DSOC and one appointed by NAM by whatever procedures each organization deems appropriate. Co-chairs of Commissions, who serve on the National Board, are to be confirmed by the NEC.

c. The first meeting of the NEC following its organizational meeting shall undertake a review of the organizational status and functioning of all commissions and consideration of what commissions the organization should have .

## C. ORGANIZATION

### 1. LOCALS AND REGIONS

a. Local mergers are to be conducted on the basis of guidelines developed by the national offices of both organizations with regard to on-going work, membership, outreach, dues, and structure. Local mergers will need to conform to the national Constitution and By-Laws. Such mergers must occur before local charters are granted.

b. Following merger, any local NAM chapter in good standing which falls below the minimum of 15 members prescribed in the Constitution will be automaticly chartered as a local in the unified organization. The new NEC will review the status of all locals before the January, 1983 Board meeting, to insure conformity with the provisions of the Constitution and By-Laws regarding standards for locals.

c. Following merger, any state or regional organization in good standing in either organization will be chartered in the new organization if no counterpart exists in the other organization. Where there is duplication or overlap, state and regional structures will be required to merge before charters are granted. The NEC will review the development of regional structures as well as the status of state and regional organizations before the January, 1983, Board meeting, to insure appropriate growth as well as conformity with provisions of the Constitution and By-Laws.

### 2. OFFICES

DSA_00059

a. The New York office shall be the national center. Branch offices of the national organization shall be established in Chicago and the bay area. The New York office will be the current DSOC national office while the Chicago office will be the current NAM national office; both offices will be fully operational immediately following merger. The bay area office will be operational as soon as financially possible following merger.

b. Branch offices shall be responsible for political, organizational and resource development within broad geographic regions , the Midwest and West respectively , within the context of national priorities and policies. Branch offices shall be supervised by the NEC and national office. Each office shall have a 7 person advisory committee selected by the NEC. Between the merger convention and the first regular convention, 4 members of each advisory commmittee shall be apportioned to DSOC and 3 members shall be apportioned to NAM. Apportioned positions will be filled by each organization by whatever procedures it deems appropriate . These committees will meet as needed to advise branch office staff on broad regional needs. The NEC is to develop operating procedures for these advisory committees.

c. National and branch offices will be staffed by appropriate numbers of support personnel .

3. FINANCES

a. The financial stability of the unified organization is of highest priority. Dues will be set at $30 per year the first year. There must be a vigorous campaign for sustainers on a pledge plan, particularly among former NAM members to prevent a shortfall of revenues from NAM's sliding dues scale, but also among former DSOC members and new members. Large contributions, fundraising events and direct mail should all be a part of the organizations finance plan. In addition a special Unity Fund drive of approximately $100,000 must be planned to cover the costs of the outreach campaign and staff/office expansion. All events planned during the

DSA_00060

first year, including the merger convention and the unity celebration as well as the Democratic Agenda and IDS conferences, must be self-supporting to place as little drain as possible on operating revenues and the Unity Fund .

b. Plans are to be continued for formalizing the tax status of the uniifed organization as a "501 C-4 " with the NEC as the governing board, while continuing the non-profit tax status " 501 C-3" of the IDS, but similarly incorporating the NEC as the governing board. In addition, a segregated fund or independent PAC can be established for direct work on political campaigns. The implications of these various incorporation arrangements for local as well as national operations will be carefully considered by the NEC in making final decisions. The New American Research Institute ( NARI ) may also be maintained as a separate non-profit.

c. Up to the merger convention, fiscal planning will be the responsibility of the Fianance and Budget subcommittee established by the negotiating committees. Following the merger convention, the NEC will form a Finance and Budget subcommittee which will have on-going responsiblity for fiscal oversight, including revenue and expenditure planning and debt management. This planning will encompass the development of adequate national and regional resources for implementation of offices and staff positions described in this agreement, as well of sustained financing for continuing operations.

## III. POLITICAL PROGRAM

### A. POINTS OF POLITICAL AGREEMENT

1. The points of political agreement passed by both the 1981 DSOC and NAM conventions as the basis for unity will be the major political document of the unified organization for at least the coming year. As such, it needs editorial revision in order to improve its general "readability" . NAM has attempted one such revision and DSOC will respond in kind. As editorial revisions may result in inadvertant alterations in substance, both organizations have absolute vetos over any editorial changes which may be made. In the case of such a veto being

DSA_00061

exercised, the language will return to that passed by the two conventions. In any case, the language concerning communist countries and the Middle East is not to be altered because of the         sensitive nature of these issues in both organizations.

2. NAM has requested that a condemnation of right-wing dictatorships be added to the points   of political agreement. DSOC has accepted this addition.

3. A summary of the     points of policial agreement will be produced by a subcommittee of the NEC for use during the outreach campaign leading up to the unity celebration. This document must be approved by the NEC to the satisfaction of both former DSOC and NAM representation on that body.

### B. POLITICAL PRIORITIES

1. Both organizations share an analysis that the bankruptcy of domestic and foreign policy under the Reagan administration, the crisis in the Democratic Party, and the deepening of political activism in the labor and womens' movements as well as the churches, all present tremendous opportunities for the democratic left in general and a unified democratic socialist organization in particular. In this period, the strategy of coalition building articulated in the principles of political agreement will continue to shape our political priorities. Thus, in terms of electoral work ., strengthening the national presence of Democratic Agenda while building state and local coalitions/networks will be a major priority. This includes increased cooperation with Citizen's Action where possible and appropriate. In terms of issue work, coalition building around peace and disamament, and struggles in Latin America, as well as the economy, will be major priorities. In terms of constituency work, work with and in labor unions, women's organizations and churches, as well as minority communities, will continue to be major priorities, both around concerns which activate these groups and through our broader issue-based and electoral coalitions identified above. Our commissions will play an important role in focusing and supporting this constituency work.

DSA_00062

2. The national office staff will begin coordinating joint work between the two organizations immediately. In particualr, NAM staff and members will be integrated into the planning process for the 4 DSOC Democratic Agenda regional confenerces and IDS Latin America conference planned for this spring and summer. Both coordination and long-range strategy development will begin in 4 specific areas, as follows 1) Democratic Agenda , 2 ) Latin America , 3) work on peace and disamament, and 4 ) commissions, particularly labor, feminism, religious socialism, and minorities.

3. Following the merger convention, it will be the on-going responsibility of the Program and Field Directors in particular to link our more externally focused national organizing projects with the internal life of the organization and local work, through education and coordination. In addition, it will be an on-going responsibility of these officers to integrate commission and constituency work, both in terms of national projects and of strengthening grass-roots oraganizing at the local level.

C. PUBLICATIONS AND LITERATURE

1. The unified organization will have a monthly publication entitled Democratic Left published in the national office. There will be a quarterly or bi-monthly discussion bulletin entitled Socialist Forum available on a subscription basis. For each publication, 3 person editorial boards will be established by the NEC. From the merger convention to the first regular convention, 2 positions will be apportioned to DSOC and 1 position apportinned to NAM on each editorial board, to be selected by whatever procedures each organization deems appropriate and confirmed at the organizational meeting of the unified organization's NEC. Articles by NAM members should be published in both Democratic Left and Socialist Forum as soon as possible.

2. The Publications and Literature subcommittee established by the negotiating committees will begin reviewing all existing literature of both organizations and recommend priorities for new literature to the NEC of the unified orgnaization. This

16

subcommittee will also review any literature printed by either organization before the merger convention. Neither organization will print new literature without consultation. Provision will be made for using existing supplies of literature agreed to by both organizations with the unified organization's name affixed with a special stamp.

3. The NEC will establish a Publications and Literature subcommittee at its organizational meeting with on-going responsibilities for review of literature needs and production. Literature will be a major priority of the unified organization and will have a substantial financial allocation. In particular, literature on Democratic Agenda, feminism, and labor, and general recruitment brochures will be priorities for production before the unity celebration. Both topical pieces and continuing bulletins may be produced by Commissions as part of our literature production.

Submitted by: Bill Thomas

DSA_00064