UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN HECHT AS ADMINISTRATOR OF THE ESTATE OF DAVID F. GREENBERG,

Plaintiff,

v.

NEW YORK UNIVERSITY and DEMOCRATIC SOCIALISTS OF AMERICA, INC.,

Defendant.

**DECLARATION OF MARK A. PETTI**

Civil Action No. 1:25-cv-03042-PAE

**MARK A. PETTI,** pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Director of Retirement Plans and Global Benefits of defendant New York University ("NYU"). I submit this declaration in support of NYU's motion for summary judgment against plaintiff Martin Hecht as Administrator of the Estate of David F. Greenberg ("Plaintiff"). The information contained herein is based on my personal knowledge as well as a review of pertinent records maintained by NYU.

2. David F. Greenberg ("Greenberg") was employed by NYU as a professor of sociology from September 1973 until his retirement in 2022.

3. Greenberg became a participant in the New York University Retirement Plan for Members of the Faculty, Professional Research Staff, and Administrator (TIAA Plan No. 102192) (the "Plan"). Attached hereto as Exhibit A is a true and correct copy of the Plan that was in effect at the time of Greenberg's death, which was amended and restated effective June 1, 2020.

4. On or about February 25, 1974, Greenberg executed an "Application for: TIAA Retirement Annuity Contract [/] CREF Retirement Unit-Annuity Certificate" (the "1974 Application"). Attached hereto as Exhibit B is a true and correct copy of the 1974 Application.

5. Pursuant to the 1974 Application, Greenberg designated his parents, Louis E. Greenberg and Mina Greenberg, as his Primary Beneficiaries, and New American Movement ("NAM") as his Contingent Beneficiary. *See* Exhibit B.

6. Pursuant to the 1974 Application, TIAA issued certificate numbers A6132193 / P6132190 (the "RA Contract"). *See* Exhibit B.

7. On or about May 1, 1975, Greenberg executed an "Amendment to Application" for "Verification of Information on Application" with regard to the RA Contract (the "1975 Amendment"). Attached hereto as Exhibit C is a true and correct copy of the 1975 Amendment.

8. Pursuant to the 1975 Amendment, Greenberg verified the information on the 1974 Application. Namely, Greenberg confirmed his parents as his Primary Beneficiaries, and "New American Movement . . . or any successor thereof" as his Contingent Beneficiary.

9. In addition to the RA Contract, TIAA issued to Greenberg: (i) a Group Supplemental Retirement Annuity, contract number GSRA-102192GS1001, bearing certificate numbers L30977S6 / M30977S4 (the "GSRA Contract"), and (ii) a Retirement Choice contract bearing certificate numbers F1776563 / H1776569 (the "RC Contract"). Attached hereto as Exhibit D is a true and correct copy of the GSRA Contract, together with all amendments and endorsements in effect at the time of Greenberg's death.

10. The GSRA Contract and RC Contract follow the beneficiary designation in effect under the RA Contract.

11. Greenberg never changed his beneficiary designations under the RA Contract, GSRA Contract, or RC Contract.

12. NYU routinely provided its plan participants with summary plan description for the Plan. Attached hereto as Exhibit E is a true and correct copy of the summary plan description dated November 2021 (the "SPD"), which was in effect at the time of Greenberg's death.

13. The SPD provides in pertinent part:

> How Can I Designate a Beneficiary?
>
> You can access and manage your beneficiary designations through the NYU Retirement Portal at TIAA (see page 5 for instructions on how to access the NYU Retirement Portal at TIAA). If you die before you begin to receive retirement income, your designated beneficiary(ies) will receive the value of the accumulation under your annuity as a death benefit. You may change your beneficiary at any time, but certain rules on beneficiary designation apply:
>
> - If you are married, your spouse must be your beneficiary for at least 50% of your plan benefits, unless you and your spouse sign a Waiver of Spouse's Right to a Preretirement Survivor Death Benefit; and
>
> - The waiver can be signed only if you are age 35 or older, and must be signed in the presence of a notary public.
>
> If you do not designate a beneficiary in accordance with Plan procedures, your beneficiary will be your estate, unless you are married at the time of your death, in which case your spouse will receive 50% of your benefit and the other 50% will be paid to your estate. You can update your beneficiary through the NYU Retirement Portal at TIAA or by calling the NYU Retirement Plans Helpline at TIAA at 844-NYU-TIAA (844-698-8422).

14. NYU's recordkeeper, TIAA, also provided Greenberg with a welcome package brochure entitled "NYU Retirement Program Information" concerning the RC Contract (the "Information Brochure"). Attached hereto as Exhibit F is a true and correct copy of the Information Brochure.

15. The Information Brochure provides:

> Beneficiary designation
>
> This is one of the most important but overlooked steps. Your beneficiaries will receive the balance of your account as a death benefit if you die before you begin receiving retirement income. To ensure they receive their survivor

> benefits, it's important that we have their complete information of file to locate them at all times. . . .
>
> If you haven't already done so, please review your beneficiary designation and make sure all the information is up to date. . . .
>
> If you need to view or update any of the information, please go to TIAA.org or submit a Designation of Beneficiary form. . . .

*See* Exhibit F, at p. 2.

16. On the next page of the Information Brochure listed Greenberg's beneficiary designations as his parents, as primary beneficiaries, and NAM, as contingent beneficiary. *See* Exhibit F, at p. 3.

17. On or about December 4, 1996, Greenberg executed an enrollment form (the "1996 Enrollment") and investment selection form for the STDA Plan entitled "Vanguard Section 403(b)(7) Custodial Account – Supplemental Plan" (Vanguard Plan No. 90789) (the "Vanguard Account"). Attached hereto as Exhibit G is a true and correct copy of the 1996 Enrollment.

18. Pursuant to the 1996 Enrollment, Greenberg designated Dena Karzen and Arline Tufano as Primary Beneficiaries.

19. On May 1, 2018, the Vanguard Account was transferred to TIAA.

20. The transfer of the Vanguard Account to TIAA was solely a transfer of information from one recordkeeper to another.

21. At no point was the RA Contract, RC Contract, or GSRA Contract transferred; TIAA remained the recordkeeper of these contracts since Greenberg's initial participation in same.

22. For these reasons and the reasons discussed in the accompanying memorandum of law submitted in support of this motion, NYU's motion for summary judgment should be granted in its entirety.

I declare under penalty of perjury that the above and foregoing is true and accurate.

Executed: April 7, 2026

Mark A. Petti