# EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

TIAA

TIAA
PO Box 1288
South Windsor, CT 06074

C000000000000001056188517000100012698764/S

October 10, 2024

MB 01 002351 52160 H 17 B
ESTATE OF DAVID F GREENBERG
MARTIN HECHT
1306 SUNNYSIDE AVE
HIGHLAND PARK, IL 60035-2840

# Confirmation statement

## Plan Information

Plan Name: NYU STDA PLAN
Plan Number: 102193

## Distribution

Effective Date: October 09, 2024

Processing Date: October 09, 2024

Total Amount: $1,343,631.22

| INVESTMENT (FROM) | AMOUNT | UNIT/SHARE PRICE | NUMBER OF UNITS/SHARES |
|---|---|---|---|
| **Other Investment** | | | |
| Vanguard Institutional Index Fund Institutional Plus | -$732,539.59 | $476.7300 | -1,536.5921 |
| Vanguard Equity Income Fund Admiral | -$611,091.63 | $95.9800 | -6,366.8642 |

# For your information

This statement confirms a transaction(s) made to your account. Please review your statement and let us know promptly, in writing, of any inaccuracies. Unless we receive written notification within 60 days after you receive this statement, we will assume this information is correct. If you have any questions or concerns please call us at the number below.

You may receive additional confirmation statements related to this transaction under separate cover.

If you have transactions related to TIAA Traditional, they may not appear on this confirmation statement. For activity related to your TIAA Traditional investment, please refer to your quarterly statements.

# Keep in mind

- The transaction(s) described above will also be reflected on your next quarterly statement.
- The right to direct investments or transfer funds may be subject to certain limitations and/or restrictions under your employer's plan, if applicable, and the terms of any investment choices.
- Transactions in securities are effected by TIAA-CREF Individual & Institutional Services, LLC as agent. Transaction information for TIAA fixed annuity contracts and other fixed annuity contracts that are not securities, including third-party fixed annuity contracts, is provided by TIAA either as issuer or as recordkeeper of the annuity.
- Transactions are effective at the end of the business day (prior to the close of business on the New York Stock Exchange - usually 4:00 p.m. ET) we receive the request in good order, unless you requested a future effective date. Those received after the close of business or on a non-business day are effective at the close of the next business day.
- The Effective Date is the date as of which the contribution, transfer or payment began or ceased participating in the investment option or account.
- The Processing Date is the date on which the transaction is processed by TIAA. We will furnish you, upon written request, the time when this transaction took place. "Processed" means when amounts are credited or debited to your account.
- Go green with eDelivery and sign up today at **TIAA.org/eDelivery** or from the TIAA mobile app. You can manage your TIAA relationship from anywhere using the TIAA mobile app. Download the app in the App Store or Google Play.

Check Number
**4707631877**

**Payment Details**

| | | | |
|---|---|---|---|
| **Effective date:** | October 9, 2024 | | |
| **TIAA Number** | **F512H4I8** | **CREF Number** | **H512H4I4** |
| **Details** | **Payments** | **Deductions** | **Net Payment** |
| | **$1,343,631.22** | **$134,363.12** | **$1,209,268.10** |
| Contractual Payment | $1,343,631.22 | | |
| FEDERAL INCOME TAX | | $134,363.12 | |