UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN HECHT, *as Administrator of the Estate of David F. Greenberg*,

                              Plaintiff,

            -v-

NEW YORK UNIVERSITY *et al.*,

                              Defendants.

25 Civ. 3042 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules oral argument on the pending motions for summary judgment at 10 a.m. on Tuesday, July 21, 2026, for which the parties have confirmed their availability. Argument shall be in-person, in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2026
       New York, New York