UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN HECHT, *as Administrator of the Estate of David F. Greenberg*,

Plaintiff,

-v-

NEW YORK UNIVERSITY *and* DEMOCRATIC SOCIALISTS OF AMERICA, INC.,

Defendants.

25 Civ. 3042 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 3, 2026, the Court issued a judgment in this matter that, in pertinent part, required New York University ("NYU") to lift a hold on the retirement account of the late David Greenberg and transfer it to the prevailing party, the Democratic Socialists of America ("DSA"), along with any required distribution paperwork. See Dkt. 77 ("Judgment") at 2-3. Plaintiff Martin Hecht now moves to maintain the existing hold on the account and stay its distribution, pending appeal of the Judgment. Dkt. 79 ("Motion").

The Court invites a response to the Motion by defendants NYU and DSA. Their response is due Monday, August 17, 2026. It should address, inter alia, whether there is any meaningful prejudice to either defendant from maintaining the hold on distribution pending the resolution of Hecht's appeal. To maintain the status quo, the Court issues a brief administrative stay on

distribution of the account, pending this Court's resolution of the motion.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2026
New York, New York