UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN HECHT, *as Administrator of the Estate of David F. Greenberg*,<br><br>Plaintiff,<br><br>-v-<br><br>NEW YORK UNIVERSITY *and* DEMOCRATIC SOCIALISTS OF AMERICA, INC.,<br><br>Defendants. | 25 Civ. 3042 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On August 3, 2026, the Court issued a judgment in this matter that, in pertinent part, required New York University ("NYU") to lift a hold on the retirement account of the late David Greenberg and transfer it to the prevailing party, the Democratic Socialists of America ("DSA"), along with any required distribution paperwork. See Dkt. 77 ("Judgment") at 2–3. On August 7, 2026, plaintiff Martin Hecht moved to maintain the existing hold on the account and to stay its distribution, pending his appeal of the Judgment. Dkt. 79 ("Motion"). The Court invited a response from defendants. Dkt. 82. On August 17, 2026, DSA opposed the Motion on the ground that the disputed plan's asset allocation is "over 90 percent equities" and "DSA seeks to avoid investment risk." Dkt. 85 at 1–3. DSA stated, however, that it would not oppose the stay if the Court ordered NYU to deposit the funds in the Court's registry pursuant to Fed. R. Civ. P. 67. *Id*. at 2. NYU did not object to Hecht's motion nor to DSA's proposal. Dkt. 86. Hecht, late yesterday, filed a reply agreeing to the proposal. Dkt. 87.

DSA's proposal to deposit the balance of the disputed retirement account in the Court's registry is sensible. It satisfies Hecht's legitimate request that the funds not be disbursed to DSA

pending his appeal and it is consistent with the stated interest of the prevailing party, DSA, in minimizing risk to the funds at issue.

The Court construes defendants' filings at Dkts. 85 and 86 as a request for leave of court to deposit the funds pursuant to Fed. R. Civ. P. 67. That request is GRANTED. Accordingly, NYU is hereby ORDERED to deposit with the Court the balance of the disputed retirement account. Such balance is to be "deposited in an interest-bearing account" pursuant to Fed. R. Civ. P. 67. To that end, NYU as the depositing party is further ORDERED to deliver to the clerk of court a copy of this order.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 18, 2026
New York, New York