# EXHIBIT 5

EXHIBIT 5

EXHIBIT 5

**TO BE FILLED OUT BY FIDUCIARY or ATTORNEY FOR**

| | |
|---|---|
| Total Estate Assets (see below)* | G |
| Filing fee SCPA 2402(7) | 1250 |
| Filing fee initially paid | 1250 |
| **Balance (Refund) Due** | 0 |

**SURROGATE'S COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

-----------------------------------------x

**In the Matter of**

**David F. Greenberg**

**Deceased.**

-----------------------------------------x

**INVENTORY OF ASSETS (Rule 207.20)**

**File No:** 2024-2742/A

The undersigned, a fiduciary or attorney for the fiduciary of the above Decedent's estate, certifies that the following constitutes the gross estate for tax purposes and identifies whether non-estate assets exist. Complete below according to the following value categories:

Category A - under $10,000; Category B - $10,000 to under $20,000; Category C - $20,000 to under $50,000; Category D - $50,000 to under $100,000; Category E - $100,000 to under $250,000; Category F - $250,000 to under $500,000; Category G - $500,000 or over.

Date of Death: 7/12/2024  Date of Letters: 9/26/2024  Type of Letters: Letters Of Administration

Name of Fiduciary(ies) and, if changed, fiduciary(ies) address: Martin Hecht

| **ASSETS INDIVIDUALLY OWNED BY DECEDENT OR PAYABLE TO ESTATE** | **CATEGORY** |
|---|---|
| 1. Real Estate | |
| 2. Stocks and Bonds | G |
| 3. Insurance Payable to Estate | B |
| 4. IRAs, 401Ks Payable to Estate | E |
| 5. Mortgages or Notes Held by Decedent | |
| 6. Cash | G |
| 7. Miscellaneous | |
| 8. Firearms (Check appropriate box) | [ ] Yes - See attached Firearms Inventory form<br>[ ] None |
| *TOTAL ESTATE ASSETS | G |

**NON-ESTATE ASSETS - CHECK YES OR NO TO EACH OF THE FOLLOWING:**

| | | Yes | No |
|---|---|---|---|
| 9. | Living Trust | | X |
| | If yes, set forth the Name of the Trustee(s) | | |
| 10. | Gifts in Excess of Federal Annual Exclusion Made Within 3 Years of Decedent's Death | | X |
| 11. | Jointly Held Property (Real or Personal) | | X |
| 12. | Insurance Payable to Beneficiary | | X |
| 13. | IRAs, 401K's Payable to Beneficiary | | X |
| 14. | Annuities | X | |
| 15. | Powers of Appointment | | X |
| 16. | Cause(s) of Action Pending | | X |
| | If yes, identify Court and Index Number | | |

Certified to be true on the 5th day of November, 2024

Martin Hecht Administrator
Signature

Attorney's Name

Martin Hecht
Print Name

Attorney's Address & Telephone No: ____________

I-I 3/2016