**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN HECHT AS ADMINISTRATOR OF THE ESTATE OF DAVID F. GREENBERG,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK UNIVERSITY and DEMOCRATIC SOCIALISTS OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:25-cv-03042-PAE<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF DEFENDANT, COUNTER-CLAIMANT, AND CROSS-CLAIMANT DEMOCRATIC SOCIALISTS OF AMERICA, INC., FOR ATTORNEYS' FEES AND COSTS** |

PLEASE TAKE NOTICE THAT Defendant, Counter-Claimant, and Cross-Claimant Democratic Socialists of America, Inc. ("DSA"), hereby WITHDRAWS with prejudice its motion for an award of attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g), against Plaintiff Martin Hecht as Administrator of the Estate of David F. Greenberg (Dkt 92).

Dated: October 8, 2026

RENAKER SCOTT LLP

By: ______________________

Teresa S. Renaker, pro hac vice
*Attorneys for Democratic Socialists of America, Inc.*
505 Montgomery Street, Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
Facsimile: (415) 761-3933
teresa@renakerscott.com

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 92.

SO ORDERED.

Date: October 8, 2026
New York, New York

PAUL A. ENGELMAYER
United States District Judge